# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KNIGHTS COLLISION CENTER, LLC | Civil Action |
| Plaintiff, | No. 09-CV-493 |
| v. | |
| AAA MID-ATLANTIC, INC. | |
| Defendant. | |

March _25___, 2010

## ORDER

AND NOW, this __25____ day of March, 2010, for the reasons stated in the accompanying memorandum, it is ORDERED that defendant's motion to transfer venue to the District of Delaware pursuant to 28 U.S.C. § 1404(a) is GRANTED.

BY THE COURT:

/s/   Louis H. Pollak

Pollak, J.